IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-194-MEF |
| | ) | (WO) |
| WILLIE JOVAN SPRINGS | ) | |

## **O R D E R**

On August 30, 2006, the defendant filed a Motion to Continue the trial of this case in order for the defendant to be evaluated for mental competency. The motion was granted and the trial was continued to November 27, 2006. However, the issue of defendant's competency has not been resolved by the court and it is necessary to continue the trial of this case in order for defendant's competency issue to be resolved. A continuance is left to the sound discretion of the trial judge, *United States v. Warren*, 772 F.2d 827, 837 (11th Cir. 1985), the court is, of course, limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Speedy Trial Act provides generally that the trial of a defendant in a criminal case shall commence within 70 days of the latter of the filing date of the indictment or the date the defendant appeared before a judicial officer in such matter. 18 U.S.C. §3161(c)(1). *See United States v. Vasser*, 916 F.2d 624 (11th Cir. 1990).

The Act excludes from this 70 day period any continuance that the judge grants "on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

Consequently, the court concludes that a continuance of this case is warranted and that

the ends of justice served by continuing this case outweighs the best interest of the public and the defendant in a speedy trial. *See United States v. Davenport*, 935 F.2d 1223, 1235 (11th Cir. 1991)(reasonable time necessary for effective preparation is a significant factor for granting a continuance under the Speedy Trial Act).

Accordingly, it is hereby ORDERED:

1. That the trial of this defendant is continued from the November 27, 2006 trial term to the March 12, 2007 trial term.

2. That the Magistrate Judge conduct a pretrial conference prior to the March 12, 2007 trial term.

DONE this the 13th day of November, 2006.

                                        /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE