IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-194-MEF |
| | ) | |
| WILLIE JAVON SPRINGS | ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on February 12, 2007 (Doc. #49), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE of the court that defendant is DECLARED competent to stand trial or plead guilty pursuant to 18 U.S.C. § 4241.

DONE this the 2nd day of March, 2007.

                                                  /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE